**Order entered January 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00555-CV

**RENFRO INDUSTRIES, INC., Appellant**

**V.**

**MARIA ROJAS, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-09905**

### ORDER

Before the Court is appellee's January 6, 2021 unopposed third motion for extension of time to file her brief. Appellee seeks a fourteen-day extension.

We **GRANT** the motion and **ORDER** the brief be filed no later than January 26, 2021. Because this is an accelerated appeal, we caution that further extension requests will be disfavored.

/s/  ROBERT D. BURNS, III
CHIEF JUSTICE